**Robert DURANT, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 52087.

Missouri Court of Appeals,
Western District.

Aug. 13, 1996.

James C. Cox, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before ELLIS, P.J., and LOWENSTEIN and LAURA DENVIR STITH, JJ.

**ORDER**

PER CURIAM.

Movant sought post-conviction relief under Rule 24.035. The motion court, without evidentiary hearing, denied the motion. Affirmed. Rule 84.16(b).

■

**David J. HOWARD, Respondent,**

v.

**MISSOURI–NEBRASKA EXPRESS, INC., Appellant,**

and

**Second Injury Fund, Respondent.**

No. WD 52280.

Missouri Court of Appeals,
Western District.

Aug. 13, 1996.

Robert E. Douglass, St. Joseph, for appellant.

Jerrold Kenter, Kansas City, for Respondent Howard.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Brian Brown, Asst. Atty. Gen., Kansas City, for Second Injury Fund.

Before HANNA, P.J., and SMART and EDWIN H. SMITH, JJ.

**ORDER**

PER CURIAM:

Missouri–Nebraska Express, Inc. appeals an award of the Labor and Industrial Relations Commission in favor of David J. Howard. The Appellant contends that the Commission erred in finding that Howard complied with Section 287.420, RSMo 1986, although he did not notify his employer of his injury within 30 days of the injury, which occurred in May, 1990.

The judgment is affirmed. Rule 84.16(b).